**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT BROWN,<br><br>　　　　　Defendant. | 2:15-cr-00053-LRH-VCF<br>**<u>ORDER</u>** |

Before the court is the Stipulation for Extension of Time to File Reply (#24).

IT IS HEREBY ORDERED that a hearing on the Stipulation for Extension of Time to File Reply (#24) is scheduled for 4:00 p.m., June 30, 2015, in courtroom 3D.

DATED this 29th day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE