RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL M. KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Robert Brown

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT BROWN,<br><br>Defendant. | 2:15-cr-053-LRH-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Alexandra M. Michael, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and RACHEL M. KORENBLAT, Assistant Federal Public Defender, counsel for ROBERT BROWN, that the reply to the Motion to Suppress (CR 18) due on July 1, 2015, be vacated and set to July 8, 2015.

This Stipulation is entered into for the following reasons:

1. Counsel needs additional time to draft her reply.

2. This is the first stipulation to extend the defendant's reply.

/ / /

/ / /

/ / /

/ / /

/ / /

1

DATED this 26th day of June, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL BOGDEN<br>United States of Attorney |
| */s/ Rachel M. Korenblat*<br>By: _____<br>RACHEL M. KORENBLAT,<br>Assistant Federal Public Defender | */s/ Alexandra M. Michael*<br>By: _____<br>ALEXANDRA M. MICHAEL,<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT BROWN,<br><br>　　　　Defendant. | 2:15-cr-053-LRH-VCF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel needs additional time to draft her reply.
2. This is the first stipulation to extend the defendant's reply.

## ORDER

IT IS FURTHER ORDERED that the reply to the Motion to Suppress (CR 18) due on July 1, 2015, be vacated and continued to July 8, 2015.

DATED this 30th day of June, 2015.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

The parties have filed a Stipulation to Continue Trial Dates (#27). Accordingly,

IT IS FURTHER ORDERED that the hearing scheduled for June 30, 2015 at 4:00 p.m. is VACATED.

3