# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:15-cr-00053-LRH-VCF |
| vs. | **ORDER** |
| ROBERT BROWN, | |
| Defendant. | |

Before the court is the Motion to Suppress Physical and Testimonial Evidence Due to Fourth and Fifth Amendment Violations (#18).

IT IS HEREBY ORDERED that an evidentiary hearing on the Motion to Suppress Physical and Testimonial Evidence Due to Fourth and Fifth Amendment Violations (#18) is scheduled for 10:00 a.m., September 2, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 30th day of June, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE