1  DANIEL G. BOGDEN
   United States Attorney
2  ALEXANDRA MICHAEL
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Blvd. South, Ste. 5000
4  Las Vegas, Nevada 89101
   (702) 388-6336 / Fax: (702) 388-6698
5

6              **UNITED STATES DISTRICT COURT**

7                    **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,              )
                                           )  2:15-cr-00053-LRH-VCF-1
9               Plaintiff,                 )
                                           )  **STIPULATION TO CONTINUE**
10       vs.                               )  **EVIDENTIARY HEARING**
                                           )  **(First Request)**
11                                         )
   ROBERT BROWN,                           )
12                                         )
                Defendant.                 )
13                                         )
                                           )
14 _____  )

15       IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United

16 States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United

17 States of America, and Rene L. Valladares, Federal Public Defender, and Rachel Korenblat,

18 Assistant Federal Public Defender, counsel for defendant ROBERT BROWN, that the Evidentiary

19 Hearing currently scheduled for September 2, 2015 at 10:00am be vacated and set to a time and date

20 convenient to this Court.  However, both parties agree that September 3, 2015 is a date that would

21 work for both parties.

22       This Stipulation is entered into for the following reasons:

23       1. An essential witness, Officer D. Perry, for the Evidentiary Hearing is unavailable on

24 September 2, 2015 due to mandatory police academy training in Austin, Texas.

25       2. The defense attorney for ROBERT BROWN does not object to the continuance.

26       3. The additional time requested herein is not sought for purposes of delay, but merely

27

28

                                             1

to allow an essential witness to be available to testify at the Evidentiary Hearing.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(3)(A), (h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first request to continue the evidentiary hearing.

DATED this 7th day of August, 2015.

| | |
|---|---|
| RENE L. VALLADARES | DANIEL G. BOGDEN |
| Federal Public Defender | United States Attorney |
| By: /s/ Rachel Korenblat | By: /s/ Alexandra Michael |
| RACHEL KORENBLAT | ALEXANDRA MICHAEL |
| Assistant Federal Public Defender | Assistant United States Attorney |
| Counsel for Defendant | Counsel for the Plaintiff |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,            )
                Plaintiff,            )  2:15-cr-00053-LRH-VCF-1
                              )
        vs.            )  **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**
                              )
ROBERT BROWN,            )
                Defendant.            )

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1. An essential witness, Officer D. Perry, for the Evidentiary Hearing is unavailable on September 2, 2015 due to mandatory police academy training in Austin, Texas.

    2. The defense attorney for ROBERT BROWN does not object to the continuance.

    3. The additional time requested herein is not sought for purposes of delay, but merely to allow an essential witness to be available to testify at the Evidentiary Hearing.

    4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(3)(A), (h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely

3

to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excusable under the Speedy Trial Act, title 18, United States Code, Sections 3161(h)(3)(A), (h)(7)(A), when the considering the factors under Title 18, United StatesCode, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS FURTHER ORDERED that the Evidentiary Hearing currently scheduled for September 2, 2015 at 10:00 a.m., be vacated and continued to 1:00 p.m., September 3, 2015, in courtroom 3D.

DATED 7th day of August, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE