UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:15-cr-053-LRH-VCF |
|---|---|
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |
| vs. | |
| ROBERT BROWN, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant is awaiting the transcript of the evidentiary hearing, which is needed for the defense's objections to the Report and Recommendation.

2. The parties agree to the extension of time.

3. This is the first stipulation to extend the time to file the objections.

**ORDER**

IT IS FURTHER ORDERED that the objections to the Magistrate Judge's Report and Recommendation (CR 39) due on September 23, 2015, be vacated and continued to **November 9, 2015.**

DATED this 14th day of September, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1