UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:15-cr-00053-LRH-VCF |
| ) | |
| v. ) | |
| ) | O R D E R |
| ROBERT BROWN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Cam Ferenbach (#39[1]) entered on September 9, 2015, recommending denying defendant's Motion to Suppress (#18) filed on June 2, 2015. Plaintiff filed his Objections to Report and Recommendation (#49) on November 9, 2015, and Defendants filed their Response to Defendant's Objections to Magistrate Judge's Report and Recommendation Denying Defendant's Motion to Suppress (#50) on November 25, 2015.  This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the defendant, the plaintiff's response, the pleadings and memoranda of the parties and other relevant matters of record  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The Court determines

---

[1]Refers to court's docket number.

that the Magistrate Judge's Report and Recommendation (#39) entered on September 9, 2015, should be adopted and accepted.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#39) entered on September 9, 2015, is adopted and accepted, and the defendant's Motion to Suppress (#18) is DENIED.

    IT IS SO ORDERED.

    DATED this 17th day of December, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE